# Court of Appeals
# of the State of Georgia

ATLANTA,  August 21, 2023

*The Court of Appeals hereby passes the following order:*

**A24E0010 WASHINGTON DAVIS v. SHUKURA L. INGRAM, JUDGE.**

Washington Davis filed an emergency motion docketed on August 18, 2023. His motion fails to clearly articulate the nature of the relief he seeks or why resolution of the motion constitutes an emergency under this Court's Rule 40 (b). Davis's motion is hereby DENIED because it does not meet the requirements of Court of Appeals Rule 40 (b).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  08/21/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.